IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES L RUDZAVICE,

    Petitioner,

v.                                     CASE NO. 5:14-cv-00008-MP-EMT

N C ENGLISH,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 16, 2014. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 19. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED for lack of jurisdiction.

**DONE AND ORDERED** this  _11th_  day of September, 2014

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge